APPENDIX OF FORMS TO FEDERAL
RULES OF APPELLATE PROCEDURE

FORM 1.
NOTICE OF APPEAL TO A COURT OF APPEALS
FROM A JUDGMENT OR ORDER OF A DISTRICT COURT

United States District Court for the Western District of Wisconsin

---

~~XXXX~~  WILLIE R. PETTENGILL, et. al.
      Plaintiff(s),

File Number 3:17-cv-677

Notice of Appeal

v.

~~XXXX~~  HON. BRODERICK CAMERON, et. al.
      Defendant(s)

---

Notice is hereby given that (~~here name all parties taking the appeal~~) (plaintiffs) (~~defendants~~) in the above named case, * hereby appeal to the United States Court of Appeals for the __Seventh__ Circuit (from the final judgment) (from an order (~~describing it~~)) entered in this action on the __28th__ day of __March__, __2018__    Denying Reconsideration under 59(e)

                       (s)_____
                       Attorney for __Plaintiffs__
                       Address: __85 Saratoga Ave., #138__
                               Santa Clara, CA 95051

* See Rule 3(c) for permissible ways of identifying appellants.